# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-56776 |
| | : | |
| Todd Andre Jordan | : | Chapter 13 |
| | : | |
| | : | Judge Hoffman |
| Debtor. | : | |

## Appraisal

Now comes the debtor, by and through counsel, and hereby submits the following appraisals for the following real property in the above matter

1. 984 Ellsworth Avenue $36,000

2. 1039 Kelton Ave $76,000

                                                             Respectfully submitted,

                                                             /s/ Gregory S. DuPont
                                                             Gregory S. DuPont (#0059351)
                                                             Gregory S. DuPont Attorney at Law, Ltd.
                                                                655 Metro Place South, Ste 600
                                                             Dublin, OH 43017
                                                             614.408.0529 Phone
                                                             866.465.1924 Facsimile
                                                             greg@gsdupont.com
                                                             Attorney for Debtor

Thomas Millican & Associates, Inc.

P.O. Box 20003

Columbus, Ohio 43220

(614)457-3034

Entered Home: No on 09/12/2015      Date: 09/17/2015      Appraised by: Thomas L. Millican

Fair Market Values as of this date $36,000.00 CONVENTIONAL Price

Owner: Jordan, Todd A.                                            Bankruptcy #

Address: 984 Ellsworth Avenue

Columbus, Oh 43206                                        Approximate Age: 1928

Style: s story                          Construction: vinyl siding

Bedrooms: 3        Baths: 1            Family Room:              Fireplace:

Type Heating:                          A/C:         Humidifier:        Electric Service:

Garage: no         Driveway: alley     Patio:                Landscaping: average

Basement: yes      Rec. Room:          Utility Room:                    Fence: yes

Entry:             Living Room:                      Dining Room:

Kitchen:                      Windows:                   Roof: composition

Flooring:

GENERAL CONDITION AS APPRAISED      Interior: Not Entered         Exterior: Fair

COMPARABLE PROPERTIES

| Address | Type | Bdrm | Baths | Gar | Bsmt | Sold | Date |
|---|---|---|---|---|---|---|---|
| 703 E. Whitter Street | 2 sty | 2 | 2 | 2/off | full | $35,000(cash) | 11/20/2014 |
| 830 Siebert Street | 2 sty | 3 | 1 | 2 | no | $35,000(cash) | 08/28/2015 |
| 591 E. Mithoff Street | 2 sty | 3 | 1 | 2 | block | $36,000(cash) | 06/29/2015 |

REMARKS:

---

Information estimates furnished to the appraiser were obtained from sources considered reliable, believed to be true and correct. However, no responsibility can be taken for their accuracy.

Thomas Millican & Associates, Inc.

P.O. Box 20003

Columbus, Ohio 43220

(614)457-3034

Entered Home: No  on 09/12/2015   Date: 09/17/2015   Appraised by: Thomas L. Millican

Fair Market Values as of this date $76,000.00 CONVENTIONAL Price

Owner: Jordan, Todd A.   Bankruptcy #

Address: 1039 Kelton Avenue

Columbus, Oh 43206   Approximate Age: 1929

Style: 2 story   Construction: stone & vinyl siding

Bedrooms: 4   Baths: 2   Family Room:   Fireplace:

Type Heating:   A/C:   Humidifier:   Electric Service:

Garage:   Driveway: concrete   Patio:   Landscaping: aveage

Basement: yes   Rec. Room:   Utility Room:   Fence: yes

Entry:   Living Room: yes   Dining Room:

Kitchen:   Windows:   Roof: composition

Flooring:

GENERAL CONDITION AS APPRAISED   Interior: Not Entered   Exterior: Excellent

COMPARABLE PROPERTIES

| Address | Type | Bdrm | Baths | Gar | Bsmt | Sold | Date |
|---|---|---|---|---|---|---|---|
| 1452 Oakwood Avenue | 2 sty | 3 | 1 | 2/off | full | $65,400.(con) | 07/22/2015 |
| 1283 Wilson Avenue | 2 sty | 3 | 2 | 2 | full | $68,000.(fha) | 01/09/2015 |
| 760 Thurman Avenue | 2 sty | 3 | 1.5 | 1 | full | $69,777(fha) | 10/10/2014 |

REMARKS:

Information estimates furnished to the appraiser were obtained from sources considered reliable, believed to be true and correct. However, no responsibility can be taken for their accuracy.